United States District Court
Southern District of Texas

**ENTERED**

November 12, 2024

Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| D'ALESSANDRO CHAVEZ-SANDOVAL; JANTRA PALMER, Individually, and as Next Friend of Alan Kerber, Deceased; MARGARET SIMON and JOSEPH SIMON Individually and as Next Friends of Victoria Simon, Deceased, and G.L., a minor; KYLE RYKER; MICHAEL WALKER; DAEVION YOUNG; and ERIC RUSSELL, | § § § § § § § § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO: 4:24-cv-3072 |
| v. | § § | |
| HARRIS COUNTY, TEXAS, | § § | |
| *Defendant.* | § | |

## ORDER GRANTING
## DEFENDANT HARRIS COUNTY'S UNOPPOSED/AGREED MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO COMPLAINT

On this day, the Court came to consider Defendant Harris County, Texas's ("Harris County") Unopposed/Agreed Motion for Additional Extension of Time to Respond to Complaint ("Motion"). After considering the Motion, noting the agreement of the parties, and finding good cause, the Court is of the opinion that the Motion should be **GRANTED**.

1

**IT IS HEREBY ORDERED** that Harris County's Motion is **GRANTED** and the deadline for Harris County to respond to the Complaint is extended to December 12, 2024.

Signed at Houston, Texas, this __8__ day of _____Nov_____, 2024.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

2