United States District Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| D'Alessandro Chavez–Sandoval, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:24–cv–03072 |
| | § | |
| Harris County, Texas | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on December 17, 2024, at Houston, Texas.

_____
David Hittner
United States District Judge