**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| D'Alessandro Chavez–Sandoval, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:24–cv–03072 |
| | § | |
| Harris County, Texas | § | |

## Notice of Reassignment

This case is reassigned to Judge Lee H Rosenthal.

Entered:  December 18, 2024                                        Nathan Ochsner, Clerk