Case 4:24-cv-03072   Document 43   Filed on 01/17/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D'ALESSANDRO CHAVEZ-SANDOVAL, *et al.*, | § § § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. H-24-3072 |
| | § | |
| HARRIS COUNTY, TEXAS, | § § | |
| Defendant(s). | § | |

**AMENDED SCHEDULING AND
DOCKET CONTROL ORDER**

The plaintiffs' Motion for Entry of Amended Scheduling Order seeks an extension of all deadlines under the current Scheduling Order, (Docket Entry No. 16), by 150 days. After considering the motion, and the current state of the litigation, the Court finds that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the current Scheduling Order. The Court grants the motion to amend the scheduling order. The following amended scheduling order will govern the remaining pre-trial work and trial. No further continuances will be granted. The disposition of this case will be controlled by the following schedule:

1. June 5, 2025     **MOTIONS TO ADD NEW PARTIES**
The attorney causing the addition of new parties will provide copies of this Order to new parties.

2. June 5, 2025     **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
Parties filing motions after this deadline must show good cause.

3.     **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**
   June 30, 2025     The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

|   |   |   |
|---|---|---|
|   | July 28, 2025 | The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| 4. | October 27, 2025 | **MEDIATION**<br>Mediation or other form of dispute resolution must be completed by this deadline. |
| 5. | October 27, 2025 | **COMPLETION OF DISCOVERY**<br>Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline. |
| 6. | December 1, 2025 | **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**<br>No motion may be filed after this date except for good cause. |
| 7. | March 30, 2026 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 8. | April 6, 2026 | **DOCKET CALL**<br>Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable. |

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on January 17, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge