United States District Court
Southern District of Texas
**ENTERED**
January 23, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| D'ALESSANDRO CHAVEZ-SANDOVAL; JANTRA PALMER, Individually, and as Next Friend of Alan Kerber, Deceased; MARGARET SIMON and JOSEPH SIMON Individually and as Next Friends of Victoria Simon, Deceased, and G.L., a minor; KYLE RYKER; MICHAEL WALKER; DAEVION YOUNG; and ERIC RUSSELL, | § § § § § § § § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO: 4:24-cv-3072 |
| v. | § § | |
| HARRIS COUNTY, TEXAS, | § § | |
| *Defendant.* | § § | |

## ORDER GRANTING EXTENSION OF RESPONSE DEADLINES TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFFS' MOTION TO STRIKE

Both Plaintiffs and Defendant have informed the Court of their agreement concerning the extension of the submission dates for their responses to the outstanding motions before the court. After considering the agreement, the court finds that the parties' extensions should be confirmed. Plaintiffs' new response date to Defendant's Motions to Dismiss (Dkt. No. 17–23) will be January 24, 2025.

Defendant's new response date to Plaintiffs' Motion to Strike (Dkt. No. 31) will be

January 27, 2025.

SIGNED on _____

HON. LEE ROSENTHAL
SENIOR U.S. DISTRICT COURT JUDGE