United States District Court
Southern District of Texas
**ENTERED**
January 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D'ALESSANDRO CHAVEZ-SANDOVAL JANTRA PALMER, individually, and as next friend of Alan Kerber, deceased; MARGARET SIMON and JOSEPH SIMON, individually and as next friends of Victoria Simon, deceased, and G.L., a minor; KYLE RYKER; MICHAEL WALKER; DAEVION YOUNG; and ERIC RUSSELL;<br>*Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS,<br>*Defendant.* | §§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:24-cv-03072 |

**ORDER ON**
**PLAINTIFFS AND DEFENDANT'S JOINT AGREED MOTION FOR EXTENSION OF DEADLINES FOR REPLIES ON MOTIONS TO DISMISS AND STRIKE**

Both Plaintiffs and Defendant have informed the Court of their agreement concerning the extension of the deadlines for their replies to the outstanding motions before the Court. After considering the agreement, the Court finds that the parties' extensions should be confirmed. Defendant's new deadline for its reply in support of its Motions to Dismiss (Dkt. Nos. 17-23) will be February 10, 2025. Plaintiffs' new deadline for their reply in support of their Motion to Strike (Dkt. No. 31) will be February 13, 2025.

SIGNED on January 29, 2025

HON. LEE ROSENTHAL
SENIOR U.S. DISTRICT COURT JUDGE