United States District Court
Southern District of Texas
**ENTERED**
March 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D'ALESSANDRO CHAVEZ-SANDOVAL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. H-24-3072 |
| HARRIS COUNTY, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANT'S MOTIONS TO SEVER AND MOTION TO STAY

The parties' agreed motion for extension of time for the plaintiffs to respond to the defendant's motions to sever and the defendant's motion to stay, (Docket Entry No. 71), is granted. The plaintiffs' response to the defendant's motions to sever is now due by **March 28, 2025**. The plaintiffs' response to the defendant's motion to stay is due by **April 2, 2025**.

SIGNED on March 12, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge