Case 4:24-cv-03072   Document 81   Filed on 03/28/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D'ALESSANDRO CHAVEZ-SANDOVAL JANTRA PALMER, individually, and as next friend of Alan Kerber, deceased; MARGARET SIMON and JOSEPH SIMON, individually and as next friends of Victoria Simon, deceased, and G.L., a minor; KYLE RYKER; MICHAEL WALKER; DAEVION YOUNG; and ERIC RUSSELL; *Plaintiffs*, <br><br> v. <br><br> HARRIS COUNTY, TEXAS, *Defendant*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:24-cv-03072 |

### ORDER ON PLAINTIFFS AND DEFENDANT'S JOINT AGREED MOTION FOR EXTENSION OF DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION TO STAY THE CASE

Both Plaintiffs and Defendant have informed the Court of their agreement concerning the extension of the deadlines for Plaintiffs' Response to Defendant's Motion to Stay the Case. After considering the agreement, the Court finds that the parties' extensions should be granted. Plaintiffs' new deadline for their Response to Defendant's Motion to Stay the Case (Dkt. No. 70) is extended to April 9, 2025.

SIGNED on ___March 28, 2025___.

HON. LEE ROSENTHAL
SENIOR U.S. DISTRICT COURT JUDGE