Case 4:24-cv-03072   Document 84   Filed on 04/02/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| D'ALESSANDRO CHAVEZ-SANDOVAL JANTRA PALMER, individually, and as next friend of Alan Kerber, deceased; MARGARET SIMON and JOSEPH SIMON, individually and as next friends of Victoria Simon, deceased, and G.L., a minor; KYLE RYKER; MICHAEL WALKER; DAEVION YOUNG; and ERIC RUSSELL;<br>*Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS,<br>*Defendant*. | §§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:24-cv-03072 |

**ORDER ON JOINT AGREED MOTION FOR EXTENSION OF DEADLINES FOR DEFENDANT'S REPLIES IN SUPPORT OF MOTIONS TO SEVER**

Both Plaintiffs and Defendant have informed the Court of their agreement concerning the extension of the deadlines for Defendant to file its replies in support of its motions to sever Plaintiffs' claims. After considering the agreement, the Court finds that the Parties' extensions should be confirmed. The new deadline for their Defendant to file its replies in support of its motions to sever Plaintiffs' claim [Dkt. Nos. 63-69] will be April 25, 2025.

SIGNED on *April 2, 2025*

_____
HON. LEE ROSENTHAL
SENIOR U.S. DISTRICT COURT JUDGE