United States District Court
Southern District of Texas
**ENTERED**
April 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D'ALESSANDRO CHAVEZ-SANDOVAL, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. H-24-3072 |
| HARRIS COUNTY, | § § § § | |
| Defendant. | § | |

### ORDER ON AGREED MOTIONS FOR EXTENSION OF TIME

The parties' agreed motions for extension of time, (Docket Entry Nos. 86, 87), are granted. The defendant's replies in support of its motions to sever are due by **April 25, 2025**. The defendant's reply in support of its motion to stay is due by **May 7, 2025**.

SIGNED on April 16, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge