United States District Court
Southern District of Texas
**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| D'ALESSANDRO CHAVEZ-SANDOVAL, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. H-24-3072 |
| HARRIS COUNTY, | § § § § | |
| Defendant. | § | |

## ORDER ON SECOND AGREED MOTION FOR EXTENSION OF TIME

The parties' agreed motion for extension of time, (Docket Entry No. 89), is granted. The defendant's replies in support of its motions to sever are due by **May 5, 2025**.

SIGNED on April 29, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge